UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NEYMAN MAKSIM,

    Plaintiff,

    v.

DR. VIRK, et al.,

    Defendants.

Case No. 14-cv-05505-JST (PR)

**ORDER OF TRANSFER**

Plaintiff Neyman Maksim, a state prisoner currently incarcerated at Valley State Prison (VSP) filed a pro se civil rights complaint under 42 U.S.C. § 1983 complaining that VSP staff have denied him needed patella replacement.

The acts complained of in his complaint occurred at VSP, located in Madera County which lies in the Eastern District of California. Venue, therefore, properly lies in the Eastern District and not in this one. See 28 U.S.C. § 1391(b).

Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the United States District Court for the Eastern District of California. The Clerk of the Court shall transfer the case forthwith.

**IT IS SO ORDERED.**

Dated: December 24, 2014

_____
JON S. TIGAR
United States District Judge