# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAKSIM NEYMAN,<br><br>             Plaintiff,<br><br>     v.<br><br>VIRK, et al.,<br><br>             Defendants. | Case No.  1:14-cv-02094 AWI DLB PC<br><br>ORDER GRANTING MOTIONS TO ADD EXHIBITS TO COMPLAINT<br>[ECF Nos. 8, 9] |

   Plaintiff Maksim Neyman, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on December 17, 2014.

   On January 8, 2015, Plaintiff filed motions to add exhibits to the complaint.  Good cause having been presented, Plaintiff's motions to add exhibits to the complaint are GRANTED.

IT IS SO ORDERED.

   Dated:   **August 18, 2015**                    /s/ *Dennis L. Beck*
                                          UNITED STATES MAGISTRATE JUDGE

1